UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 2:25-cr-254-SPC-NPM

KEON STOKES, JR

_____

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Moton for Preliminary Order of Forfeiture. (Doc. 35). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting the assorted ammunition seized on or about October 13, 2025. *See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 35) is **GRANTED**.

1.    The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2.    This Order will become a final order of forfeiture as to Defendant at Sentencing.

3.    Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE and ORDERED** in Fort Myers, Florida, on March 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky, AUSA
Counsel of Record