UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-254-SPC-NPM

KEON STOKES, JR.

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 51). The Government seeks to have forfeited **assorted ammunition** ("**Asset**"), which was subject to the Court's March 26, 2026 Preliminary Order of Forfeiture. (Doc. 36). Although the Government gave proper notice, no third party has petitioned for the Asset, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Asset to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 51) is **GRANTED**.

1. Defendant's interest in the assorted Asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law

and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Asset is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on July 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record